UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| S'JARNA JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00085 |
| § | |
| PROCOLLECT INC, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL AS TO DEFENDANT
### EXPERIAN INFORMATION SOLUTIONS INC., ONLY

Before the Court is Plaintiff's Stipulation of Voluntary Dismissal with Prejudice of its claims against Defendant Experian Information Solutions, Inc. (Dkt. No. 21). The plaintiff requests that this action be dismissed with prejudice pursuant to an agreed settlement between Plaintiff and Defendant Experian Information Solutions, Inc.

The Court hereby **GRANTS** Plaintiff's request. All pending claims in this action against Defendant Experian Information Solutions, Inc. only are **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. Plaintiff's claims against Defendants Procollect Inc. and Equifax Inc. remain pending.

It is so ORDERED.

SIGNED on March 22, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge