United States District Court
Southern District of Texas
**ENTERED**
March 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| S'JARNA JOHNSON, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-00085 |
| PROCOLLECT INC, *et al.*, | § |
| Defendants. | § |

### ORDER OF DISMISSAL AS TO DEFENDANT EQUIFAX, INC., ONLY

Before the Court is Plaintiff's Stipulation of Voluntary Dismissal with Prejudice of its claims against Defendant Equifax, Inc. (Dkt. No. 23). The plaintiff requests that this action be dismissed with prejudice pursuant to an agreed settlement between Plaintiff and Defendant Equifax, Inc.

The Court hereby **GRANTS** Plaintiff's request. All pending claims in this action against Defendant Equifax, Inc. only are **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. Plaintiff's claims against Defendant Procollect Inc. remain pending.

It is so ORDERED.

SIGNED on March 22, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge