Case 4:22-cv-00085   Document 33   Filed on 03/22/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S'JARNA JOHNSON, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00085 |
| PROCOLLECT INC, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

IT APPEARING that these proceedings should be held in abeyance pursuant to the settlement and compromise being effected by the plaintiff and defendant PROCOLLECT, INC., the Court hereby enters a stay of the proceedings for thirty (30) days for the parties to finalize the settlement agreement (Dkt. No. 29).

The plaintiff filed a Stipulation of Voluntary Dismissal with prejudice of defendants', Experian Information Solutions, Inc. (Dkt. No. 21) and a Stipulation of Voluntary Dismissal with prejudice of defendant Equifax, Inc. (Dkt. No. 23).

It is thereby ORDERED that the Court administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If within 30 days hereof the parties have not reopened for the purpose of obtaining such final determination, this action against remaining

defendant PROCOLLECT, INC. will be deemed dismissed with prejudice and this action closed as to all defendants.

It is so ORDERED.

SIGNED on March 22, 2023, at Houston, Texas.

                                            Kenneth M. Hoyt
                                            United States District Judge